Case 1:06-cv-00076-NLH-AMD   Document 27-2   Filed 04/14/2009   Page 1 of 2

# Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C.

1011 Route 22 West, Suite 300
P.O. Box 6881
Bridgewater, NJ 08807
Telephone: 908-722-6300
Attorneys for Plaintiffs, Marcia H. Feszchak and Richard Feszchak, her husband, as Assignees of Optimum Medical Center
Our File No. 3567.62575

| | |
|---|---|
| **MARCIA H. FESZCHAK and RICHARD FESZCHAK, her husband, as Assignees of Optimum Medical Center, P.C.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**PAWTUCKET MUTUAL INSURANCE COMPANY,**<br><br>Defendant. | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br><br>CIVIL ACTION NO. 06CV76<br><br>Civil Action<br><br>**CONSENT JUDGMENT** |

THIS MATTER having been brought before this Court upon the Order of The Honorable Noel L. Hillman, U.S.D.J., dated April 8, 2009, and upon the application of the Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C., attorneys for Plaintiffs, Marcia H. Feszchak and Richard Feszchak, her husband, as Assignees of Optimum Medical Center, and that the parties having consented and good cause having been shown;

It is on this  20th  day of  April , 2009,

ORDERED as follows:

1. Judgment shall be entered in the total amount of $398,010.27, pursuant to the Order of Judge Hillman dated April 8, 2008;

2. Interest shall be calculated for the calendar period commencing April 9, 2008 through to December 31, 2008 (267 days) at the rate of 7.5% in the amount of $21,836.04;

3. Interest shall be calculated for the calendar period commencing January 1, 2009 through to March 31, 2009 (89 days) at the rate of 6% in the amount of $5,822.94;

4. The total amount of Judgment plus interest through March 31, 2009 shall be entered in the amount of $425,669.25;

5. Counsel fees are awarded to David Rubin, Esq., in the amount of $5,291.66, together with interest from April 9, 2008 through to December 31, 2008 (267 days) at the rate of 5.5% in the amount of $212.89, and interest calculated for the calendar period commencing January 1, 2009 through to March 31, 2009 (89 days) at the rate of 4% in the amount of $51.61, for a total fee award in the amount of $5,556.16;

6. Counsel fees are awarded to Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C. in connection with the Appeal in the amount of $13,494.41; and it is further

ORDERED that a true copy of this Order shall be served upon all counsel within __10__ days of the receipt hereof.

At Camden, New Jersey

_____
NOEL L. HILLMAN, U.S.D.J.

We hereby consent to the form and entry of the within Order.

GOLDEN, ROTHSCHILD, SPAGNOLA, LUNDELL,
LEVITT & BOYLAN, P.C.
Attorneys for Plaintiffs, Marcia H. Feszchak and Richard Feszchak, her husband, as Assignees of Optimum Medical Center

By: _____
KENNETH R. ROTHSCHILD, ESQ.

METHFESSEL & WERBEL, P.C.
Attorneys for Defendant, Pawtucket Mutual Insurance Company

By: _____
MARC DEMBLING, ESQ.